

*CV-201001176-A-F*

*00010*

FILED
FT. SMITH DIST.

2010 JUN 11 PM 4 13

CIRCUIT CLERK SEB. CO.

IN THE CIRCUIT COURT OF SEBASTIAN COUNTY, ARKANSAS
GREENWOOD DISTRICT
CIVIL DIVISION I

FREDA G. McCLENDON                                              PLAINTIFF

vs.                      Case No. CV-2010- 1176

METROPOLITAN PROPERTY AND CASUALTY
INSURANCE COMPANY d/b/a METLIFE
AUTO & HOME                                                     DEFENDANT

## COMPLAINT

COMES NOW the Plaintiff, Freda G. McClendon, by and through her attorney, Sam Sexton, III, and for her cause of action against the Defendant, Metropolitan Property and Casualty Insurance Company d/b/a Metlife Auto & Home, states and alleges as follows:

1. At all times material hereto, the Plaintiff, Freda G. McClendon, was a citizen and resident of Fort Smith in Sebastian County, Arkansas.

2. The Defendant, Metropolitan Property and Casualty Insurance Company d/b/a Metlife Auto & Home is an insurance company which is licensed to do business in and which does business in the State of Arkansas. This cause of action arises out the Defendant's conducting within the State of Arkansas.

3. At all times material hereto, the Plaintiff, Freda G. McClendon, was a resident of the Greenwood District of Sebastian County, Arkansas. The insurance policy referenced herein that was issued by the Defendant was delivered to the Plaintiff in the Greenwood District of Sebastian County, Arkansas.

4. At all times material hereto, the Plaintiff, Freda G. McClendon, was insured under insurance policy number 9674722930 issued by the Defendant. Although the insurance policy is not currently available, a copy will be obtained during discovery and attached to the amended pleading if desired by the Defendant. Such insurance policy provided coverage to the Plaintiff while operating her 2003 Hyundai Santa Fe.

4. The insurance policy issued by Defendant was an automobile liability policy which provided, among other coverages, uninsured and underinsured motorist insurance coverage. In this regard, the specified policy provided coverage to the Plaintiff, for her damages that she was lawfully entitled to recover from another driver, who did not maintain automobile liability insurance, and that negligently injured Plaintiff.

5. On or about the 13th day of September, 2009 at approximately 3:05 p.m., the Plaintiff, Freda G. McClendon, was lawfully operating her 2003 Hyundai Santa Fe, insured by the Defendant, going westbound on Spradling at its intersection with Midland Boulevard. Such intersection is controlled by a traffic light. As the light turned green for traffic on Spradling, the Plaintiff's vehicle was struck by a 1995 Toyota Corolla driven by Cody Pense that was going southbound on Midland Boulevard at Spradling. At the time, Cody Pense was not covered by any policy of liability insurance.

6. Cody Pense was negligent in the operation of the 1995 Toyota Corolla by failing to yield the right of way to the Plaintiff who had the superior right to the use of the roadway; by disregarding a red traffic light; by failing to maintain control of his motor vehicle; by traveling too fast for conditions; by driving while under the influence of alcohol, an intoxicating substance; and in other ways.

7. As the proximate and actual result of the negligence of Cody Pense, the Plaintiff, Freda G. McClendon, suffered and sustained permanent bodily injury, pain and suffering, medical bills (past and future) and loss of income and/or earning capacity, all to her harm and detriment in a sum in excess of Twenty Five Thousand Dollars ($25,000.00).

8. Plaintiff has made demand upon the Defendant for the sum of Twenty-Five Thousand Dollars ($25,000.00), the limit of liability under the uninsured motorist coverage issued by the Defendant. However, Defendant refuses to pay such amount.

9. By virtue of the conduct of the Defendant, the Plaintiff is entitled to recover a 12% penalty and attorney's fees.

WHEREFORE, premises considered, the Plaintiff, Freda G. McClendon, prays judgment against the Defendant, Metropolitan Property and Casualty Insurance Company d/b/a Metlife Auto & Home, in the sum and amount of Twenty-Five Thousand Dollars ($25,000.00), for a 12 percent penalty, for attorney's fees, for her costs, and for such other relief as is proper.

Freda G. McClendon - Plaintiff

*[signature]*

Sam Sexton, III (#87-157)
McCutchen and Sexton Law Firm
P.O. Box 1971
Fort Smith, Arkansas 72902
Telephone (479) 783-0036
Facsimile (479) 783-5168

PLAINTIFF DEMANDS TRIAL BY JURY